IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nhat-Anh Ngoc Vo,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina S. Kane, et al.,<br><br>    Respondents. | No. CV-09-2184-PHX-ROS<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Edward Voss' Report and Recommendation. (Doc. 13) Magistrate Judge Voss recommends the petition for writ of habeas corpus be denied. Petitioner did not file any objections. No objections being made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation is **ADOPTED** and the Petition (Doc. 1) shall be **DISMISSED**. The Clerk shall close this case.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 18th day of February, 2010.

_____
Roslyn O. Silver
United States District Judge